UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-515-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| DAVID JEFFREY KATHRENS, | ) | |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 19, 2009. The United States was represented by AUSA Bruce Miyaki and the defendant by Daron Morris. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 25, 2004 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 84 months custody, 3 years supervised release. (Dkt. 26.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to drug testing, participate in mental health treatment, participate in a drug treatment program, abstain from alcohol, submit to search, provide access

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to financial information, and be prohibited from possessing identification documents in any but his true identity.

In an application dated October 8, 2009 (Dkt. 31), U.S. Probation Officer Steven R. Gregoryk alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or before October 8, 2009, in violation of standard condition No. 7.

2. Possession of methamphetamine on or before October 8, 2009, in violation of standard condition No. 7.

3. Associating with a known felon engaged in criminal activity, in violation of standard condition No. 9.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1 and 3 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violation 2.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 3, that the Court dismiss violation 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 19th day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour

AUSA: Bruce Miyaki
Defendant's attorney: Daron Morris
Probation officer: Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3