**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JEFFREY KATHRENS,<br><br>Defendant. | NO. CR03-515-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

  An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 4, 2010. The United States was represented by Assistant United States Attorney Bruce Miyake, and the defendant by Daron Morris.

  The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On or about June 25, 2004, defendant was sentenced by the Honorable John C. Coughenour, to a term of eighty-four months in custody, to be followed by three years of supervised release.

  The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and

mental health programs, financial disclosure, search, no firearms, and identity in true legal name only.

In a Petition for Warrant or Summons, dated January 26, 2010, U.S. Probation Officer Steven R. Gregoryk asserted the following violation by defendant of the conditions of his supervised release:

    (1)    Failing to comply with the Location Monitoring Program since January 24, 2010, in violation of his special condition requiring he participate in the Location Monitoring Program, with electronic monitoring, as directed by the probation officer.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on March 26, 2010 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 4th day of March, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable John C. Coughenour
       AUSA:    Bruce Miyake
       Defendant's attorney:    Daron Morris
       Probation officer:    Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2